*Nathan R. Crippen, jun.* v. *Nathan R. Crippen, et al.* B. F. Agan, for complainant; Isaac W. Thompson and O. L. Barbour, for defendants.

Costs retaxed, and complainant ordered to pay $59,54, the sum finally allowed, within twenty days, or defendant to be at liberty to apply for a precept to commit him for the non-payment, without further notice. No costs to either party on this application.

*Aaron Clark* v. *David Quigg et al.* A. Dana, for complainant; H. S. Walbridge, for defendant.

Decree of the vice chancellor modified and affirmed.

*Hannah Hurd* v. *Stephen Haynes and wife.* J. Rhoades, for complainant; J. M. Van Cott, for defendants.

Decided that where a demurrer has been overruled on argument, and the defendant ordered to put in his answer in twenty days, and pay the costs, or that the bill be taken as confessed, an exparte order extending the time to answer is irregular.

*Extending time to answer after overruling of demurrer.*